United States District Court
Southern District of Texas

**ENTERED**
October 31, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Teresa Krause, § § § Plaintiff, § § versus § § Dave Lewis, § § § Defendant. § | Civil Action H-15-773 |

# Final Judgment

Teresa Krause takes nothing from Dave Lewis. (12)

Signed on October 31, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge